JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| MIGUEL ANGEL OCHOA, | ) | No. CV 19-7879-JGB (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| W. M. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: April 22, 2020

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE